IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:  CHAPTER 7

ELVIN REID, JR.
SHIRLEY REID  CASE NO. 04-06329-NPO

## RULE 3011 LIST OF UNCLAIMED FUNDS, CLAIMANTS, AND AMOUNTS

**COMES NOW**, J. Stephen Smith, Trustee, by and through his attorney, pursuant to 11 U.S.C. § 347 and Rules 3010(a) and 3011 FRBP, and files the following Rule 3011 List of Unclaimed Funds, Claimants, and Amounts, to-wit:

| Claimant | Mailing Address | Amount |
| --- | --- | --- |
| Elvin Reid, Jr. & Shirley Reid | c/o Jessie L. Evans, Esq.<br>P.O. Box 528, Canton, MS 39046 | $139.92 |
| Ford Motor Credit Co. | c/o Pat Henley, Esq.<br>P. O. Box 389, Jackson, MS 39205-0389 | $ 59.43 |
| Isaiah Washington | c/o Anselm McLaurin, Esq.<br>P. O. Box 220, Brandon, MS 39043-0220 | $488.57 |

That the checks were sent to the parties on September 17, 2007 at the addresses listed above, but the checks were never cashed or returned to the Trustee. Stop payments were issued on December 27, 2007.

**WHEREFORE, PREMISES CONSIDERED**, J. Stephen Smith, Trustee, respectfully submits that the foregoing Rule 3011 List of Unclaimed Funds, Claimants, and Amounts be received and filed.

DATED: 1/8/08

Respectfully submitted,

J. STEPHEN SMITH
CHAPTER 7 TRUSTEE

EILEEN N. SHAFFER
Attorney for Trustee

EILEEN N. SHAFFER
MSB #1687
Post Office Box 1177
Jackson, Mississippi 39215
(601) 969-3006

## CERTIFICATE OF SERVICE

I, Eileen N. Shaffer, Attorney for the Trustee, do hereby certify that I have this date mailed by United States Mail, postage prepaid, a true and correct copy of the above and foregoing Rule 3011 List of Unclaimed Funds, Claimants, and Amounts to the following:

>Elvin Reid, Jr.
>Shirley Reid
>c/o Jessie L. Evans
>P. O. Box 528
>Canton, MS 39046
>
>Ford Motor Credit Company
>c/o Pat Henley, Esq.
>P. O. Box 389
>Jackson, MS 39205-0389
>
>Isaiah Washington
>c/o Anselm McLaurin, Esq.
>P. O. Box 220
>Brandon, MS 39043-0220
>
>United States Trustee
>100 West Capitol Street
>Suite 706
>Jackson, MS 39269-1602

**SO CERTIFIED** this the 8th day of January, 2008.

_____
EILEEN N. SHAFFER